AUSA Marshall

# United States District Court

For the Western District of Texas
Austin Division

FILED
17 FEB -3 AM 11: 47

U.S. DISTRICT C...
...STRICT OF TEXAS

United States of America, §
§
v. §
§   Case Number: A 17-m-013
Juan Carlos Coronilla-Guerrero §
§
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **January 10, 2017**, in the county of **Travis**, in the Western District of Texas, the defendant, **Juan Carlos Coronilla-Guerrero,** violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **January 10, 2017**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A Deportation Officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **July 31, 2008,** and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

**February 3, 2017**                                at            Austin, Texas
_____                          _____
Date                                                           City and State

Mark Lane
United States Magistrate Judge
_____                          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer